Jerry Lewis DEDRICK, Petitioner–Appellant

v.

Jody R. UPTON, Warden, Respondent–Appellee.

No. 09–40044
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 29, 2009.

Jerry Lewis Dedrick, Beaumont, TX, pro se.

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Jerry Lewis Dedrick, federal prisoner # 27140–180, has been barred from proceeding in forma pauperis (IFP) under 28 U.S.C. § 1915(g) because, on at least three prior occasions while incarcerated, he has brought an action or appeal in a court of the United States that was dismissed as frivolous or for failure to state a claim upon which relief could be granted. *See Dedrick v. Dettman,* No. 7:94–CV–149 (W.D.Tex. Sept. 21, 1994) (dismissed as frivolous); *Dedrick v. Hyde,* No. 7:95–CV–221 (W.D.Tex. Mar. 11, 1996) (dismissed as frivolous); *Dedrick v. Painter,* No. 7:95–CV–93 (W.D.Tex. July 27, 1995) (dismissed as frivolous); *Dedrick v. Painter,* No. 7:96–CV–37 (W.D.Tex. Mar. 6, 1997) (dismissed as frivolous). The district court improvidently granted Dedrick leave to proceed IFP on appeal.

Accordingly, Dedrick's IFP status is decertified, and the appeal is dismissed. Dedrick has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.